1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Edward D. Winchester, SBN 271500
   Bullivant Houser Bailey PC
3  601 California Street, Suite 1800
   San Francisco, California  94108
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  E-Mail: ron.richman@bullivant.com
   E-Mail: susan.olson@bullivant.com
6  E-Mail:  edward.winchester@bullivant.com

7  Attorneys for Plaintiffs

                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  BOARD OF TRUSTEES OF THE                    Case No.: CV 12-02038 EMC
    LABORERS HEALTH AND WELFARE
11  TRUST FUND FOR NORTHERN                     **CASE MANAGEMENT STATEMENT;**
    CALIFORNIA; BOARD OF TRUSTEES OF            **ORDER THEREON**
12  THE LABORERS VACATION-HOLIDAY
    TRUST FUND FOR NORTHERN
13  CALIFORNIA; BOARD OF TRUSTEES OF            Date:      August 31, 2012
    THE LABORERS PENSION TRUST FUND             Time:      9:00 a.m.
14  FOR NORTHERN CALIFORNIA; and                Ctroom:    5, 17th Floor
    BOARD OF TRUSTEES OF THE                               Hon. Edward M. Chen
15  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
16  CALIFORNIA,

17               Plaintiffs,

18        vs.

19  MURRAY STEVEN WEBER, dba WEBER
    TRACTOR SERVICE,
20
                 Defendant.
21
                                                Case No.: CV 12-02039 EMC
22  BOARD OF TRUSTEES OF THE CEMENT
    MASONS HEALTH AND WELFARE TRUST
23  FUND FOR NORTHERN CALIFORNIA;
    BOARD OF TRUSTEES OF THE CEMENT
24  MASONS VACATION-HOLIDAY TRUST
    FUND FOR NORTHERN CALIFORNIA;
25  BOARD OF TRUSTEES OF THE CEMENT
    MASONS PENSION TRUST FUND FOR
26  NORTHERN CALIFORNIA; AND BOARD
    OF TRUSTEES OF THE CEMENT MASONS
27  TRAINING TRUST FUND FOR NORTHERN
    CALIFORNIA,
28               Plaintiffs,

– 1 –

1         vs.

2   MURRAY STEVEN WEBER, dba WEBER
TRACTOR SERVICE,

3

             Defendant.

4

5

6       Plaintiffs hereby provide this abbreviated case management conference statement.

7       Plaintiffs and Defendant, in both consolidated cases, reached a settlement of this action.

8 The parties have finalized the settlement documents.  It was anticipated that by August 30, 212,

9 Defendants would have complied with the fully executed settlement agreement and this case

10 would be dismissed.  However, Defendants requested two extra weeks to comply with the fully

11 executed settlement documents.  Plaintiffs granted the request since the settlement agreement

12 was fully executed. Therefore, within the next 30 days, either Plaintiffs will file a dismissal of

13 this case or file a Stipulated Judgment against Defendants.  This case will not proceed to

14 litigation.

15       Based on the above, Plaintiffs respectfully request that this Court continue the August

16 31, 2012 Case Management Conference for approximately thirty days.

17 DATED:  August 24, 2012

                        BULLIVANT HOUSER BAILEY PC

18

19

20                    By _____

                        Ronald L. Richman

21                         Susan J. Olson

22                         Attorneys for Plaintiffs

23

24 /// 

25 /// 

26 /// 

27 /// 

28

1

2

### ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good

cause appearing:

IT IS HEREBY ORDERED that the August 31, 2012 case management conference be

continued to ~~September~~ October 26, 2012, 2012 at 9:00 a.m.., Courtroom 5, 17th floor.  If the dismissal is

filed before the new date set for the case management conference, the case management

conference will be vacated.

DATED: August ~~29~~, 2012



By _____

EDWARD M. CHEN

U.S. DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE MANAGEMENT STATEMENT; ORDER THEREON

1

## **CERTIFICATE OF SERVICE**

2

     I hereby certify that on the 24th day of August, 2012, I caused to be served the foregoing

3

**Case Management Statement; Order Thereon**

4

5
     MURRAY STEVEN WEBER
     dba WEBER TRACTOR SERVICE
     867 2nd Avenue, Suite e

6
     Redwood City, CA 94063

7
by:

8
     ☒    U.S. Postal Service, ordinary first class mail

9
     ☐    U.S. Postal Service, certified or registered mail,
     ☐    return receipt requested

10
     ☐    hand delivery
     ☐    other (specify) _____

11

12
     _____

13
     Terry S. Bremer

14

15
13856771.1

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE MANAGEMENT STATEMENT; ORDER THEREON